## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**Ellen S. Ewald,**

                **Plaintiff,**

**v**

**Royal Norwegian Embassy,**

                **Defendant.**

                  **Civil No. 11-cv-02116 (SRN/SER)**

                  **<u>PROTECTIVE ORDER</u>**

---

The parties to this Action have submitted a Stipulation for Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.  Having reviewed the Stipulation, the Court hereby ADOPTS the Stipulation and ORDERS that it govern the treatment of confidential information in this matter.

        SO ORDERED.


Dated:  December 4, 2012                <u>*s/Steven E. Rau*</u>
                                        Steven E. Rau
                                        U.S. Magistrate Judge