## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Ellen S. Ewald, | Case No. 11-CV-2116 SRN/SER |
| Plaintiff, | |
| v. | **ORDER** |
| Royal Norwegian Embassy, | |
| Defendant. | |

This matter is before the Court on the letter of Defendant requesting leave to exceed the word count permitted under the local rules to 18,000 words in the aggregate for their anticipated motion for summary judgment [Doc. 126]. Plaintiff objects to the request in her letter response [Doc. No. 127].

Based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that both Plaintiff and Defendant are granted a word count enlargement to 15,000 words in the aggregate.


Dated:  September 24, 2013         s/Susan Richard Nelson
                                   SUSAN RICHARD NELSON
                                   United States District Judge