**EXHIBIT A**

To:         'Strømmen Wegger Chr.'[Wegger.Chr.Strommen@mfa.no]
From:       Gandrud, Gary L.
Sent:       Tue 1/5/2010 2:24:02 PM
Importance: Normal
Subject:    follow up

- Got married Jan. 1

- Sees no problem with Anders but says she wants answers. Thinks salary reflects relative value and will not accept that the job market has different compensation levels for education and business

- May send you message that she did not intend her letter to mean that she does not value working with Anders....

- High level of frustration with mixed messages on pension/health insurance.

- Definitely do not feel that she is headed towards, or even thinking of, litigation

Will fill you in on details. Feel better about matter after speaking with her....not to say

RNE 01082

that this will go away. She is very excited and intense about the Nobel Peace Prize Forum at Luther College this spring. No sign that bio bank will take her away – she now will talk to us all about it – we are having lunch w/Mondale on Friday.   Mixed messages about St.O. and Amb. White. Some I understand, some she is disingenuous.

Gary

RNE 01083