

FaegreBD.com

USA ▼ UK ▼ CHINA

**Sean R. Somermeyer**
Sean.Somermeyer@FaegreBD.com
*Direct +1 612 766 7485*

Faegre Baker Daniels LLP
2200 Wells Fargo Center ▼ 90 South Seventh Street
Minneapolis ▼ Minnesota 55402-3901
Phone +1 612 766 7000
Fax +1 612 766 1600

December 10, 2013

**VIA ECF**

The Honorable Steven E. Rau
United States District Court
334 Warren E. Burger Federal Courthouse
316 N. Robert Street
St. Paul, MN  55101

Re:   Ellen S. Ewald v. Royal Norwegian Embassy
      <u>Civil No. 11-cv-02116 (SRN/SER)</u>

Dear Magistrate Judge Rau:

Pursuant to the Court's October 8, 2013 Order on Plaintiff's Motion to Compel, the parties met and conferred on December 6, 2013 in regard to the privilege log produced by the Embassy as required by the Court's Order.

There remains a dispute between the parties as to whether the redactions made to two documents were proper: RNE 00363-364 and RNE 63100-103.  As set forth in the Order, the Embassy will submit these documents to the Court for *in camera* review under separate cover.

Very truly yours,

<u>s/ *Sean R. Somermeyer*</u>
Attorney for Defendant Royal Norwegian Embassy

<u>s/ *Susanne J. Fischer*</u>
Attorney for Plaintiff Ellen S. Ewald

dms.us.53276883.01