**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| Ellen S. Ewald,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Royal Norwegian Embassy,<br><br>　　　　　　　　Defendant. | )<br>)<br>)　Civil No. 11-CV-02116 (SRN/SER)<br>)<br>)<br>)　**AFFIDAVIT OF**<br>)　**SEAN R. SOMERMEYER**<br>)<br>)<br>)<br>)<br>) |

STATE OF MINNESOTA )
　　　　　　　　　　　 ) ss.
COUNTY OF HENNEPIN )

　　**Sean R. Somermeyer**, being duly sworn, states as follows:

　　1.　　I am one of the attorneys representing Defendant Royal Norwegian Embassy in the above-captioned matter.

　　2.　　Attached as Exhibit A to this affidavit is a true and correct copy of Defendant's Objections and Responses to Plaintiff's Third Set of Requests for Admissions.

　　3.　　Attached as Exhibit B to this affidavit is a true and correct copy of a July 15, 2013 email from S. Fischer to counsel for Defendant.

　　4.　　Attached as Exhibit C to this affidavit is a true and correct copy of a July 16, 2013 letter from S. Engelmeier to counsel for Defendant.

5.     Attached as Exhibit D to this affidavit is a true and correct copy of a July 26, 2013 letter from J. Schroeder to S. Engelmeier.

6.     Attached as Exhibit E is Defendant's privilege log produced on November 7, 2013.  Along with this privilege log, Defendant provided Plaintiff a properly-redacted copy of RNE 88231-35.

7.     Attached as Exhibit F is a true and correct copy of a December 6, 2013 letter from me to counsel for Plaintiff.

8.     Attached hereto as Exhibit G is a true and correct copy of a December 10, 2013 letter from T. Marshall to me.

9.     On December 5, 2013, I conferred with counsel for Plaintiff regarding Defendant's privilege log as required by the Court's October 8, 2013 Order.

This concludes my affidavit consisting of two (2) typewritten pages.


s/ *Sean R. Somermeyer*
Sean R. Somermeyer


Subscribed and sworn to before me
this 11th day of December, 2013.

s/*Susan A. Yelk*
Notary Public

My Commission Expires January 31, 2014

2