| PRIVILEGE DOCUMENT NO. | BEGDOC/ BEGBATES | ENDDOC/ ENDBATES | FROM: | TO: | CC: | DATE | PRIV CODING | PRIV TYPE | PRIV DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RNE 00363 | RNE 00364 | Vibe, Johan Christopher | Finborud, Liv Mørch; Aasland, Morten; Kolberg, Aud; Larsen, Espen; Henie, Lars Petter; Wemberg, Elisabeth; Ventrone, Kari Rød; Strømmen, Wegger Chr.; Post UD | | 10/5/2010 | Partially Privileged | Attorney Client | Email correspondence reflecting attorney-client communication regarding legal advice relating to legal issues and potential litigation. |
| 2 | RNE 00370A | RNE 00375A | Finborud, Liv Mørch | Arkiv VII | | 4/21/2010 | Not Privileged | | |
|   | RNE 00370B | RNE 00375B | Vibe, Johan Christopher | Finborud, Liv Mørch | Strømmen, Wegger Chr. | 4/20/2010 | Not Privileged | | |
|   | RNE 00370C | RNE 00375C | Johne, Berit | Finborud, Liv Mørch | Vibe, Johan Christopher; Rognlie, Elin Bergithe; Strømmen, Wegger Chr. | 4/20/2010 | Not Privileged | | |
|   | RNE 00370D | RNE 00375D | Finborud, Liv Mørch | Strømmen, Wegger Chr.; Arkiv VII | Vibe, Johan Christopher; Johne, Berit; Rognlie, Elin Bergithe | 4/20/2010 | Not Privileged | | |
|   | RNE 00370E | RNE 00375E | Finborud, Liv Mørch | Larsen, Torgeir; Stokke, Øyvind; Gillesdal, Juliette Bernard; Thorsheim, Ove | Brøther, Mona Elisabeth; Berge, Sten Anders; Slettevold, Margaret | 4/20/2010 | Partially Privileged | Attorney Client | Email correspondence reflecting attorney-client communication regarding legal advice relating to legal issues and potential litigation. Recipients include high-level MFA employees involved with HCGM. *See* Def.'s Mem. in Opp. To Pl.'s Mot. to Compel at 38. |
| 3 | RNE 05503 | RNE 05504 | Mondale, Walter; Gandrud, Gary | Strømmen, Wegger Chr. | | 9/23/2009 | Confidentiality Redactions | Confidentiality | There are no privilege redactions to this document. The Embassy proposed these redactions to Plaintiff and Plaintiff accepted these redactions without objection. *See* Def.'s Mem. in Opp. To Pl.'s Mot. to Compel at n. 29. Plaintiff received several unredacted versions of this document (including RNE 05464; RNE 04366; and RNE 05505). Plaintiff is fully aware of what appears underneath the redactions. |
| 4 | RNE 05666A | RNE 05669A | Finborud, Liv Mørch | Arkiv VII | | 4/21/2010 | Not Privileged | | |
|   | RNE 05666B | RNE 05669B | Vibe, Johan Christopher | Finborud, Liv Mørch | Strømmen, Wegger Chr. | 4/20/2010 | Not Privileged | | |
|   | RNE 05666C | RNE 05669C | Johne, Berit | Finborud, Liv Mørch | Vibe, Johan Christopher; Rognlie, Elin Bergithe; Strømmen, Wegger Chr. | 4/20/2010 | Not Privileged | | |
|   | RNE 05666D | RNE 05669D | Finborud, Liv Mørch | Strømmen, Wegger Chr.; Arkiv VII | Vibe, Johan Christopher; Johne, Berit; Rognlie, Elin Bergithe | 4/20/2010 | Not Privileged | | |
|   | RNE 05666E | RNE 05669E | Finborud, Liv Mørch | Larsen, Torgeir; Stokke, Øyvind; Gillesdal, Juliette Bernard; Thorsheim, Ove | Brøther, Mona Elisabeth; Berge, Sten Anders; Slettevold, Margaret | 4/20/2010 | Partially Privileged | Attorney Client | This document is a translation of RNE 00370-75 and is redacted for the reasons discussed above. |
| 5 | RNE 62956A | RNE 62957A | Strømmen, Wegger Chr. | Vibe, Johan Christopher; Henie, Lars Petter; Wemberg, Elisabeth | | 11/28/2010 | Partially Privileged | Attorney Client | Email correspondence conveying legal advice regarding potential lawsuit. |
|   | RNE 62956B | RNE 62957B | Vibe, Johan Christopher | Henie, Lars Petter; Strømmen, Wegger Chr.; Wemberg, Elisabeth | | 11/28/2010 | Not Privileged | | |
|   | RNE 62956C | RNE 62957C | Henie, Lars Petter | Strømmen, Wegger Chr.; Vibe, Johan Christopher; Wemberg, Elisabeth | | 11/26/2010 | Not Privileged | | |
| 6 | RNE 63100A | RNE 63103A | Aasland, Morten | Opland, Torleiv | | 4/21/2010 | Not Privileged | | |
|   | RNE 63100B | RNE 63103B | Opland, Torleiv | Aasland, Morten | | 4/21/2010 | Not Privileged | | |

| | Bates Begin | Bates End | From | To | CC | Date | Privilege | Basis | Description |
|---|---|---|---|---|---|---|---|---|---|
| | RNE 63100C | RNE 63103C | Seksjon for sikkerhetspolitikk og Nord-Amerika | Kløvstad, Unni; Shaw, Anne Kjersti Amundsen; Jensen, Rune; Frøholm, Anne Kjersti; Rønneberg, Annlaug; Gundersen; Eilif; Murvoll, Mariann; Løvseth, Brit; Rongved, Mathias; Nordrum, Lars; Aasland, Morten; Opland, Torleiv; Basit, Saria; Holm, Kyrre | | 4/20/2010 | Not Privileged | | |
| | RNE 63100D | RNE 63103D | Aasland, Morten | Seksjon for sikkerhetspolitikk og Nord-Amerika; Kløvstad, Unni; Shaw, Anne Kjersti Amundsen; Jensen, Rune; Frøholm, Anne Kjersti; Rønneberg, Annlaug; Gundersen; Eilif; Murvoll, Mariann; Løvseth, Brit; Rongved, Mathias; Nordrum, Lars; Opland, Torleiv; Basit, Saria; Holm, Kyrre | | 4/20/2010 | Not Privileged | | |
| | RNE 63100E | RNE 63103E | Seksjon for sikkerhetspolitikk og Nord-Amerika | Kløvstad, Unni; Shaw, Anne Kjersti Amundsen; Jensen, Rune; Frøholm, Anne Kjersti; Rønneberg, Annlaug; Gundersen; Eilif; Murvoll, Mariann; Løvseth, Brit; Rongved, Mathias; Nordrum, Lars; Aasland, Morten; Opland, Torleiv; Basit, Saria; Holm, Kyrre | | 4/20/2010 | Not Privileged | | |
| | RNE 63100F | RNE 63103F | Stokke, Øyvind | Aasland, Morten | Seksjon for Sikkerhetspolitikk og Nord-Amerika; Resaland, Rune | 4/20/2010 | Not Privileged | | |
| | RNE 63100G | RNE 63103G | Finborud, Liv Mørch | Larsen, Torgeir; Stokke, Øyvind; Gillesdal, Juliette Bernard; Thorsheim, Ove | Brøther, Mona Elisabeth; Berge, Sten Anders; Slettevold, Margaret | 4/20/2010 | Partially Privileged | Attorney Client | This is the same email as RNE 00370E, above, and is redacted for the same reasons.  The email is circulated among high-level MFA employees and MFA employees responsible for North America policy. *See* Def.'s Mem. in Opp. to Pl.'s Mot. to Compel at n. 28. |
| 7 | RNE 63212A | RNE 63223A | Strømmen, Wegger Chr. | Hatlø, Tove Karin | Vibe, Johan Christopher | 5/15/2011 | Partially Privileged | Attorney Client | Email communication regarding litigation strategy and legal advice following receipt of demand letter from Plaintiff. |
| | RNE 63212B | RNE 63223B | Hatlø, Tove Karin | Strømmen, Wegger Chr. | | 5/15/2011 | Not Privileged | | |
| | RNE 63212C | RNE 63223C | Hatlø, Tove Karin | Vibe, Johan Christopher | | 5/13/2011 | Not Privileged | | |
| | RNE 63212D | RNE 63223D | Carleton, Christina | Hatlø, Tove Karin | | 5/13/2011 | Not Privileged | | |
| | RNE 63212E | RNE 63223E | Ewald, Ellen Sue | Gandrud, Gary L. | Carleton, Christina; Ewald, Ellen Sue | 5/13/2011 | Not Privileged | | |
| 8 | RNE 63226 | RNE 63227 | Henie, Lars Petter | Kolberg, Aud | Strømmen, Wegger Chr.; Vibe, Johan Christopher; Wemberg, Elisabeth; Helgeland, Wenche Bertelsen | 12/1/2010 | Partially Privileged | Attorney Client | Email correspondence reflecting attorney-client communication regarding legal advice relating to legal issues and potential litigation. |
| 9 | RNE 63237A | RNE 63238A | Henie, Lars Petter | Strømmen, Wegger Chr.; Vibe, Johan Christopher; Wemberg, Elisabeth | | 11/29/2010 | Not Privileged | | |
| | RNE 63237B | RNE 63238B | Strømmen, Wegger Chr. | Vibe, Johan Christopher; Henie, Lars Petter; Wemberg, Elisabeth | | 11/28/2010 | Partially Privileged | Attorney Client | This is the same email as RNE 62956A, above, and is redacted for the same reasons. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | RNE 63348A | RNE 63369A | Strømmen, Wegger Chr. | Vibe, Johan Christopher; Henie, Lars Petter; Wemberg, Elisabeth | | 12/14/2010 | Completely Privileged | Work Product | Email correspondence regarding response to Plaintiff's email containing language indicating her intent to assert legal claims including references to "unfair and unequal treatment," "retaliation," "equal pay for equal work," and "bullying." |
| | RNE 63348B | RNE 63369B | Vibe, Johan Christopher | Henie, Lars Petter; Strømmen, Wegger Chr.; Wemberg, Elisabeth | | 12/14/2010 | Completely Privileged | Work Product | Email correspondence regarding response to Plaintiff's email containing language indicating her intent to assert legal claims including references to "unfair and unequal treatment," "retaliation," "equal pay for equal work," and "bullying." |
| | RNE 63348C | RNE 63369C | Henie, Lars Petter | Vibe, Johan Christopher | Strømmen, Wegger Chr.; Wemberg, Elisabeth; Aukrust, Lars | 12/13/2010 | Completely Privileged | Work Product | Email correspondence regarding response to Plaintiff's email containing language indicating her intent to assert legal claims including references to "unfair and unequal treatment," "retaliation," "equal pay for equal work," and "bullying." |
| | RNE 63348D | RNE 63369D | Vibe, Johan Christopher | Kolberg, Aud | Henie, Lars Petter; Strømmen, Wegger Chr.; Wemberg, Elisabeth; Aukrust, Lars | 12/13/2010 | Completely Privileged | Work Product | Email correspondence regarding response to Plaintiff's email containing language indicating her intent to assert legal claims including references to "unfair and unequal treatment," "retaliation," "equal pay for equal work," and "bullying." |
| | RNE 63348E | RNE 63369E | Ewald, Ellen Sue | Wemberg, Elisabeth; Gandrud, Gary L.; Vibe, Johan Christopher; Henie, Lars Petter | Aukrust, Lars; Strømmen, Wegger Chr.; Ewald, Ellen Sue | 12/12/2010 | Not Privileged | | |
| | RNE 63348F | RNE 63369F | Ewald, Ellen Sue | Wemberg, Elisabeth | Aukrust, Lars Espen; Gandrud, Gary L.; Vibe, Johan Christopher; Henie, Lars Petter | 10/11/2010 | Not Privileged | | |
| | RNE 63348G | RNE 63369G | Wemberg, Elisabeth | Ewald, Ellen Sue | | 10/5/2010 | Not Privileged | | |
| | RNE 63348H | RNE 63369H | Ewald, Ellen Sue | Wemberg, Elisabeth | Aukrust, Lars Espen; Vibe, Johan Christopher | 9/27/2010 | Not Privileged | | |
| | RNE 63348I | RNE 63369I | Ewald, Ellen Sue | Wemberg, Elisabeth | Aukrust, Lars Espen; Vibe, Johan Christopher | 9/22/2010 | Not Privileged | | |
| 11 | RNE 63896A | RNE 63912A | Vibe, Johan Christopher | Kolberg, Aud | Henie, Lars Petter; Strømmen, Wegger Chr.; Wemberg, Elisabeth; Aukrust, Lars | 12/13/2010 | Completely Privileged | Work Product | This is the same email as RNE 63348D, above, and is redacted for the same reasons. |
| | RNE 63896B | RNE 63912B | Ewald, Ellen Sue | Wemberg, Elisabeth; Gandrud, Gary L.; Vibe, Johan Christopher; Henie, Lars Petter | Aukrust, Lars; Strømmen, Wegger Chr.; Ewald, Ellen Sue | 12/12/2010 | Not Privileged | | |
| | RNE 63896C | RNE 63912C | Ewald, Ellen Sue | Wemberg, Elisabeth | Aukrust, Lars Espen; Gandrud, Gary L.; Vibe, Johan Christopher; Henie, Lars Petter | 10/11/2010 | Not Privileged | | |
| | RNE 63896D | RNE 63912D | Wemberg, Elisabeth | Ewald, Ellen Sue | | 10/5/2010 | Not Privileged | | |
| | RNE 63896E | RNE 63912E | Ewald, Ellen Sue | Wemberg, Elisabeth | Aukrust, Lars Espen; Vibe, Johan Christopher | 9/27/2010 | Not Privileged | | |
| | RNE 63896F | RNE 63912F | Ewald, Ellen Sue | Wemberg, Elisabeth | Aukrust, Lars Espen; Vibe, Johan Christopher | 9/22/2010 | Not Privileged | | |

| # | | | From | To | CC | Date | Status | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|
| 12 | RNE 64272A | RNE 64302A | Aasland, Morten | Aasland, Morten | | 7/6/2010 | Partially Privileged | Attorney Client | Email correspondence reflecting attorney-client communication regarding legal advice from MFA attorney Kamilla Kolshus relating to legal issues and potential litigation. |
| | RNE 64272B | RNE 64302B | Kolshus, Kamilla H. | Strømmen, Wegger Chr. | Vibe, Johan Christopher; Aasland, Morten; Finborud, Liv Mørch; Kolberg, Aud; Holter, Dag Wernø; Bang, Joachim; Holmgren, Grete; Glenne, Eirik | 7/5/2010 | Completely Privileged | Attorney Client | Email correspondence reflecting attorney-client communication regarding legal advice from MFA attorney Kamilla Kolshus relating to legal issues and potential litigation. |
| | RNE 64272C | RNE 64302C | Finborud, Liv Mørch | Strømmen, Wegger Chr.; Kolberg, Aud; Kolshus, Kamilla H. | Vibe, Johan Christopher; Aasland, Morten | 7/5/2010 | Partially Privileged | Attorney Client | Email correspondence referencing conversation with MFA attorney Kamilla Kolshus. |
| | RNE 64272D | RNE 64302D | Strømmen, Wegger Chr. | Kolberg, Aud; Kolshus, Kamilla H. | Vibe, Johan Christopher; Aasland, Morten; Finborud, Liv Mørch | 6/26/2010 | Not Privileged | | |
| | RNE 64272E | RNE 64302E | Ewald, Ellen Sue | Strømmen, Wegger Chr. | | 6/24/2010 | Not Privileged | | |
| | RNE 64272F | RNE 64302F | Gandrud, Gary L. | Davidson, Anders; Ewald, Ellen Sue | | 1/9/2009 | Not Privileged | | |
| | RNE 64272G | RNE 64302G | Aasland, Morten | Gandrud, Gary L. | | 9/11/2008 | Not Privileged | | |
| | RNE 64272H | RNE 64302H | Johne, Berit | postmottak@kd.dep.no; postmottak@lmd.dep.no; post@innovasjonnorge.no; post@forskningsradet.no; postmottak@uhr.no; info@sintef.no | Stave, Ola; Bye, Reidar; Hallen, Arvid; Fevolden, Trond; Berg, Svein; Lenvik, Gaute; Berge, Sten Anders; Slettevold, Margaret; Breilian, Marianne; Rimestad, Erling; Aasland, Morten; Rognlie, Elin Bergithe; Lindeman, Ole-Andreas; Gandrud, Gary L.; Mondale, Walter; Kolberg, Aud | 9/5/2008 | Not Privileged | | |
| | RNE 64272I | RNE 64302I | Hammelbo, Kirsten | postmottak@kd.dep.no; postmottak@lmd.dep.no; post@innovasjonnorge.no; post@forskningsradet.no; postmottak@uhr.no; info@sintef.no | Stave, Ola; Bye, Reidar; Hallen, Arvid; Fevolden, Trond; Berg, Svein; Lenvik, Gaute; Berge, Sten Anders; Slettevold, Margaret; Breilian, Marianne; Rimestad, Erling; Aasland, Morten; Mykletun, Jostein; Royal Norwegian Embassy in Washington; Johne, Berit; Rognlie, Elin Bergithe; Lindeman, Ole-Andreas; Hammelbo, Kirsten | 8/29/2008 | Not Privileged | | |
| 13 | RNE 74796A | RNE 74819A | Vibe, Johan Christopher | Wemberg, Elisabeth; Henie, Lars Petter | | 8/31/2010 | Completely Privileged | Attorney Client; Work Product | Email correspondence reflecting attorney-client communication regarding legal advice relating to potential litigation in response to Plaintiff's email regarding "taking the case to another level." |
| | RNE 74796B | RNE 74819B | Strømmen, Wegger Chr. | Gandrud, Gary L.; Vibe, Johan Christopher | | 6/26/2010 | Completely Privileged | Attorney Client; Work Product | Email correspondence reflecting attorney-client communication regarding legal advice relating to potential litigation in response to Plaintiff's email regarding "taking the case to another level." |
| | RNE 74796C | RNE 74819C | Ewald, Ellen Sue | Strømmen, Wegger Chr. | | 6/24/2010 | Not Privileged | | |
| | RNE 74796D | RNE 74819D | Gandrud, Gary L. | Davidson, Anders; Ewald, Ellen Sue | | 1/9/2009 | Not Privileged | | |
| | RNE 74796E | RNE 74819E | Aasland, Morten | Gandrud, Gary L. | | 9/11/2008 | Not Privileged | | |

| | Bates Begin | Bates End | From | To | CC | Date | Privilege | Basis | Description |
|---|---|---|---|---|---|---|---|---|---|
| | RNE 74796F | RNE 74819F | Johne, Berit | postmottak@kd.dep.no; postmottak@lmd.dep.no; post@innovasjonnorge.no; post@forskningsradet.no; postmottak@uhr.no; info@sintef.no | Stave, Ola; Bye, Reidar; Hallen, Arvid; Fevolden, Trond; Berg, Svein; Lenvik, Gaute; Berge, Sten Anders; Slettevold, Margaret; Breiland, Marianne; Rimestad, Erling; Aasland, Morten; Rognlie, Elin Bergithe; Lindeman, Ole-Andreas; Gandrud, Gary L.; Mondale, Walter; Kolberg, Aud | 9/5/2008 | Not Privileged | | |
| | RNE 74796G | RNE 74819G | Hammelbo, Kirsten | postmottak@kd.dep.no; postmottak@lmd.dep.no; post@innovasjonnorge.no; post@forskningsradet.no; postmottak@uhr.no; info@sintef.no | Stave, Ola; Bye, Reidar; Hallen, Arvid; Fevolden, Trond; Berg, Svein; Lenvik, Gaute; Berge, Sten Anders; Slettevold, Margaret; Breiland, Marianne; Rimestad, Erling; Aasland, Morten; Mykletun, Jostein; Royal Norwegian Embassy in Washington; Johne, Berit; Rognlie, Elin Bergithe; Lindeman, Ole-Andreas; Hammelbo, Kirsten | 8/29/2008 | Not Privileged | | |
| 14 | RNE 87950A | RNE 87954A | Finborud, Liv Mørch | Kolberg, Aud | | 10/6/2010 | Not Privileged | | |
| | RNE 87950B | RNE 87954B | Kolberg, Aud | Finborud, Liv Mørch | | 10/6/2010 | Not Privileged | | |
| | RNE 87950C | RNE 87954C | Kolberg, Aud | Vibe, Johan Christopher; Bang, Joachim | Wemberg, Elisabeth; Henie, Lars Petter; Strømmen, Wegger Chr. | 10/5/2010 | Partially Privileged | Attorney Client | Email correspondence reflecting legal advice contained in RNE 87950D. |
| | RNE 87950D | RNE 87954D | Vibe, Johan Christopher | Kolberg, Aud; Bang, Joachim | Wemberg, Elisabeth; Henie, Lars Petter; Strømmen, Wegger Chr. | 10/4/2010 | Partially Privileged | Attorney Client | Email correspondence reflecting attorney-client communication regarding legal advice relating to potential litigation, analysis of potential legal claims, and litigation strategy. Joachim Bang is an MFA attorney. |
| 15 | RNE 87967A | RNE 87971A | Kolberg, Aud | Vibe, Johan Christopher; Bang, Joachim | Wemberg, Elisabeth; Henie, Lars Petter; Strømmen, Wegger Chr. | 10/5/2010 | Partially Privileged | Attorney Client | This email is the same as RNE 87950C, above, and is redacted for the same reasons. |
| | RNE 87967B | RNE 87971B | Vibe, Johan Christopher | Kolberg, Aud; Bang, Joachim | Wemberg, Elisabeth; Henie, Lars Petter; Strømmen, Wegger Chr. | 10/4/2010 | Partially Privileged | Attorney Client | This email is the same as RNE 87950D, above, and is redacted for the same reasons. |
| 16 | RNE 87981A | RNE 87984A | Vibe, Johan Christopher | Wemberg, Elisabeth | | 9/20/2010 | Not Privileged | | |
| | RNE 87981B | RNE 87984B | Wemberg, Elisabeth | Vibe, Johan Christopher | | 9/20/2010 | Not Privileged | | |
| | RNE 87981C | RNE 87984C | Vibe, Johan Christopher | Wemberg, Elisabeth | Vibe, Johan Christopher | 9/20/2010 | Not Privileged | | |
| | RNE 87981D | RNE 87984D | Strømmen, Wegger Chr. | Vibe, Johan Christopher | | 9/13/2010 | Not Privileged | | |
| | RNE 87981E | RNE 87984E | Henie, Lars Petter | Vibe, Johan Christopher | Wemberg, Elisabeth; Strømmen, Wegger Chr. | 9/13/2010 | Not Privileged | | |
| | RNE 87981F | RNE 87984F | Vibe, Johan Christopher | Henie, Lars Petter; Wemberg, Elisabeth | Strømmen, Wegger Chr. | 9/13/2010 | Partially Privileged | Attorney Client | Email correspondence reflecting attorney-client communication regarding legal advice relating to potential litigation, analysis of potential legal claims, and litigation strategy. |
| 17 | RNE 87990A | RNE 87993A | Strømmen, Wegger Chr. | Wemberg, Elisabeth | Vibe, Johan Christopher; Henie Lars Petter | 10/3/2010 | Not Privileged | | |
| | RNE 87990B | RNE 87993B | Wemberg, Elisabeth | Strømmen, Wegger Chr. | Vibe, Johan Christopher; Henie Lars Petter | 9/30/2010 | Partially Privileged | Attorney Client | Email correspondence reflecting attorney-client communication regarding legal advice relating to potential litigation, analysis of potential legal claims, and litigation strategy. |
| 18 | RNE 88231 | RNE 88235 | Finborud, Liv Mørch | Skålid, Ragnhild; Lenvik, Gaute; Stave, Ola; Bye, Reidar; Berg, Svein; Emblem, Terje | | 5/11/2010 | Not Privileged | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RNE 88231 | RNE 88235 | Finborud, Liv Mørch | Larsen, Torgeir; Stokke, Øyvind; Gillesdal, Juliette Bernard; Thorsheim, Ove | Brøther, Mona Elisabeth; Berge, Sten Anders; Slettevold, Margaret | 4/20/2010 | Partially Privileged | Attorney Client | This document was inadvertently produced without redactions. The Embasy has repeatedly requested Plaintiff destroy this document. Attached to this privilege log is a properly redacted version of this document. It reflects legal advice relating to potential litigation, analysis of potential legal claims, and litigation strategy. |